The Honorable Thomas Zilly

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATH GARCIA and VALERINE GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAND COUNTY, a county of the State of Washington; ROBERT MIRABAL, an Island County Deputy; MICHAEL HAWLEY, an Island County Deputy,<br><br>Defendants. | CASE NO. 2:20-cv-01318-TSZ<br><br>PRAECIPE FOR AGREED STIPULATION AND [PROPOSED} ORDER FOR EXTENSION OF CASE SCHEDULE DEADLINES |

Attached to this Praecipe are the corrected first pages to counsels' Agreed Stipulation for Extension of Case Schedule Deadlines and to the [proposed] Order Granting Agreed Stipulation for Extension of Case Schedule Deadlines to be filed and completed by the Clerk of the U.S. District Court for the Western District of Washington for use in this case. Plaintiff had mistakenly assigned the initials of Judge Theresa L. Fricke ("TLF"), instead of Thomas S. Zilly ("TSZ"), to the Case Number in this matter, which is Docket Entry Number 12.

DATED this 14th day of July, 2021.


JAY H. KRULEWITCH, ATTORNEY AT LAW

s/Jay H. Krulewitch
Jay H. Krulewitch, WSBA #17612
Attorney for Plaintiffs Heath and Valerine Garcia

PRAECIPE - 1

Jay H. Krulewitch
Attorney at Law
2611 N.E. 113th St, Ste 300
Seattle, WA 98125
Phone: (206) 233-0828
Fax: (206) 628-0794

GUSTAD LAW GROUP

s/John-Paul Gustad
John-Paul Gustad, WSBA #31255
Attorney for Plaintiffs Heath and Valerine Garcia

LAW LYMAN DANIEL KAMERRER

s/John Justice
John E. Justice, WSBA #23042
2674 RW Johnson Boulevard Southwest
Tumwater, WA 98512
Attorney for Defendants

PRAECIPE - 2

Jay H. Krulewitch
Attorney at Law
2611 N.E. 113th St, Ste 300
Seattle, WA 98125
Phone: (206) 233-0828
Fax: (206) 628-0794