UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEATH GARCIA; and VALERINE GARCIA,

　　　　　　　　Plaintiffs,

　v.

ISLAND COUNTY, et al.,

　　　　　　　　Defendants.

C20-1318 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The parties' stipulated motion, docket no. 15, is GRANTED, and the trial date and related deadlines are CONTINUED as follows:

| **JURY TRIAL DATE** | **October 31, 2022** |
| --- | --- |
| Disclosure of expert testimony | May 23, 2022 |
| Discovery motions filing deadline | June 2, 2022 |
| Discovery completion deadline | July 5, 2022 |
| Dispositive motions filing deadline | August 5, 2022 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | August 12, 2022 |

MINUTE ORDER - 1

| Motions in limine filing deadline | September 29, 2022 |
|---|---|
| Agreed pretrial order due | October 14, 2022 |
| Trial briefs, proposed voir dire questions, and jury instructions due | October 14, 2022 |
| Pretrial conference | October 21, 2022 at 10:00 a.m. |

All other dates and deadlines contained in the Minute Order Setting Trial and Related Dates, docket no. 11, as well as its provisions concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement, remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of December, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2