UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEATH and VALERINE GARCIA,

Plaintiffs,

v.

ISLAND COUNTY; and MICHAEL HAWLEY,

Defendants.

C20-1318 TSZ

ORDER

The Court having previously entered partial judgment in favor of defendant Robert Mirabal and against plaintiffs, <u>see</u> Partial Judgment (docket no. 48), the mediator, Paris Kallas, having advised the Court that, with respect to the remaining parties, this matter has been resolved, <u>see</u> Notice (docket no. 50), and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The jury trial date of May 6, 2024, and all related dates and deadlines are STRICKEN.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order.

ORDER - 1

 The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

 IT IS SO ORDERED.

 Dated this 10th day of January, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 2